David B. Robbins
Renee M. Howard
BENNETT BIGELOW & LEEDOM, P.S.
1700 Seventh Avenue, Ste. 1900
Seattle, WA 98101
Telephone: (206) 622-5511
Fax: (206) 622-8986
E-mail: drobbins@bbllaw.com
       rhoward@bblaw.com

Daniel W. Hickey (ABA No. 7206026)
GRUENSTEIN & HICKEY
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage, AK 99501
Telephone: (907) 258-4338
Fax: (907) 258-4350
E-mail: ghlaw3@gci.net

*Attorneys for Defendants Providence Health & Services - Washington, and Osamu H. Matsutani, M.D.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. Law Project for Psychiatric Rights,<br><br>            Plaintiffs,<br><br>vs.<br><br>Osamu H. Matsutani, M.D., et al.<br><br>            Defendants. | Case No. 3:09-cv-00080-TMB |

## ENTRY OF APPEARANCE

GRUENSTEIN & HICKEY hereby enters its appearance as co-counsel on behalf of defendants Providence Health & Services – Washington and Osamu H. Matsutani, M.D. All pleadings, notices, orders and other writings pertaining to this action may be served upon the undersigned at 1029 W. 3rd. Avenue, Suite 510, Anchorage, Alaska 99501.

DATED this 19TH day of February, 2010.

>GRUENSTEIN & HICKEY
>Attorneys for Defendants Providence Health & Services – Washington and Osamu H. Matsutani, M.D.
>
>s/ Daniel W. Hickey
>ABA No. 7206026
>Resolution Plaza
>1029 W. 3rd Avenue, Suite 510
>Anchorage, AK 99501
>Phone: (907) 258-4338
>Fax: (907) 258-4350
>E-mail: ghlaw3@gci.net
>ABA No. 7206026

Certificate of Service

I hereby certify that on the 19th day of February, 2010, a copy of the foregoing was served electronically on:

James B. Gottstein, Esq.
Attorney for Plaintiff
jim.gottstein@psychrights.org

Matthew K. Peterson
Attorney for Defendants
Elizabeth Baisi, MD, Ruth Dukoff, MD, Lina Judith Bautista, MD and Jan Kiele, MD
Usdc-anch-ntc@cplawak.com

Richard D. Monkman
Attorney for Defendants
Heidi F. Lopez-Coonjohn, MD,
Robert D. Schults, MD and
Mark H. Stauffer, MD
dick@sonoskyjuneau.com

Howard S. Trickey
Attorney for Defendant
Anchorage Community Mental Health Services
htrickey@jdolaw.com

**ENTRY OF APPEARANCE**
*Law Project for Psychiatric Rights v. Matsutani, et al..* 3:09-CV-00080-TMB
Page 2 of 3

Sanford M. Gibbs
Attorney for Defendants
Lucy Curtiss, M.D.
Hugh Starks, M.D.
Sheila Clark, M.D.
akwrangler@aol.com

Robert C. Bundy
Attorney for Defendants
Fred Meyers
Safeway
Southcentral Foundation
bundy.robert@dorsey.com

and by first class mail, postage prepaid, on:

Karen L. Loeffler
Richard Pomeroy
Office of the U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513-5071

Evan C. Zoldan
Assistant Attorney General
Civil Division
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044

s/Daniel W. Hickey

LAW OFFICE OF
GRUENSTEIN & HICKEY
RESOLUTION PLAZA
1029 W. 3RD AVENUE, SUITE 510
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 258-4338
FAX (907) 258-4350

**ENTRY OF APPEARANCE**
*Law Project for Psychiatric Rights v. Matsutani, et al..* 3:09-CV-00080-TMB
Page 3 of 3