Allen F. Clendaniel, ABA #0411084
SEDOR, WENDLANDT, EVANS & FILIPPI, LLC
500 L Street, Suite 500
Anchorage, Alaska 99501
(907) 677-3600

*Attorneys for Defendants*
*Kerry Ozer, MD and Claudia Phillips, MD*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATE OF AMERICA
    *Ex rel.* Law Project for Psychiatric Rights,
    an Alaskan non-profit corporation,

               Plaintiff,

vs.

OSAMU H. MATSUTANI, MD,
et al.,

               Defendants.

Case No. 3:09-cv-00080-TMB

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Allen F. Clendaniel of Sedor, Wendlandt, Evans & Filippi, LLC, hereby gives notice of his appearance on behalf of Defendants Kerry Ozer, MD and Claudia Phillips, MD in the above-captioned matter. All pleadings, correspondence and other writings should be served as follows:

        Allen F. Clendaniel
        Sedor, Wendlandt, Evans & Filippi, LLC
        500 L Street, Suite 500
        Anchorage, Alaska 99501
        Phone:    (907) 677-3600
        Fax:      (907) 677-3605
        Email:    clendaniel@alaskalaw.pro

DATED this 22nd day of February, 2010, at Anchorage, Alaska.

SEDOR, WENDLANDT, EVANS & FILIPPI, LLC
Attorneys for Defendants Kerry Ozer, MD and
Claudia Phillips, MD


By: s/ Allen F. Clendaniel
Allen F. Clendaniel, ABA #0411084
SEDOR, WENDLANDT, EVANS & FILIPPI, LLC
500 L Street, Suite 500
Anchorage, Alaska 99501
Phone:    (907) 677-3600
Fax:       (907) 677-3605
Email:     clendaniel@alaskalaw.pro

CERTIFICATE OF SERVICE

This certifies that on this 22nd day of February, 2010, a
true and correct copy of the foregoing document was
served electronically on:

**James B. Gottstein**
Law Project for Psychiatric Rights
jim.gottstein@psychrights.org

**Richard D. Monkman**
Sonosky, Chambers, Sachse, Miller & Munson, LLP
dick@sonoskyjuneau.com

**Daniel W. Hickey**
Gruenstein & Hickey
ghlaw3@gci.net

**Howard S. Trickey**
Jermain Dunnagan & Owens
htrickey@jdolaw.com

**Robert C. Bundy**
Dorsey & Whitney, LLC
bundy@dorsey.com

**Matthew K. Peterson**
Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
usdc-anch-ntc@cplawak.com

**Sanford M. Gibbs**
Brown, Waller & Gibbs
akwrangler@aol.com


s/ Allen F. Clendaniel