Jeffrey M. Feldman
AK Bar No. 7605029
feldman@frozenlaw.com
Kevin M. Cuddy
AK Bar No. 0810062
cuddy@frozenlaw.com
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Tel.: (907) 272-3538
Fax: (907) 274-0819

*Counsel for Defendant*
*Wal-Mart Stores, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    *Ex rel.* Law Project for Psychiatric<br>    Rights, an Alaskan non-profit<br>    Corporation,<br><br>              Plaintiff,<br><br>v.<br><br>OSAMU H. MATSUTANI, MD, et al.,<br><br>              Defendants. | Case No. 3:09-cv-00080-TMB |

**ENTRY OF APPEARANCE**

The law firm of Feldman Orlansky & Sanders hereby enters its appearance as counsel in this matter on behalf of defendant WAL-MART STORES, INC. Please direct

all pleadings pertaining to the above-captioned matter to Jeffrey M. Feldman, Feldman Orlansky & Sanders, at the address indicated herein.

Dated: February 22, 2010
/s/ JEFFREY M. FELDMAN
Jeffrey M. Feldman
AK Bar No. 7605029
Kevin M. Cuddy
AK Bar No. 0810062
**FELDMAN ORLANSKY & SANDERS**
500 L Street, Suite 400
Anchorage, Alaska 99501
Tel.: (907) 272-3538
Fax: (907) 274-0819

*Counsel for Defendant Wal-Mart Stores, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of February, 2010, a copy of the foregoing document was served electronically on James B. Gottstein, Daniel R. Cooper, Jr., Gary M. Guarino, Richard D. Monkman, Matthew K. Peterson, Richard L. Pomeroy, Howard S. Trickey, Evan Craig Zoldan, Robert C. Bundy, Allen Frank Clendaniel, Sanford M. Gibbs and Daniel W. Hickey.

s/ Jeffrey M. Feldman

*United States of America v. O. Matsutani, et al.*  Case No. 3:09-cv-00080-TMB
ENTRY OF APPEARANCE  Page 2 of 2