Cheryl Mandala
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322

Counsel for Defendant
Anchorage Community Mental Health Services

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Ex rel. Law Project for Psychiatric )<br>Rights, an Alaskan non-profit corp., )<br>)<br>Plaintiff, )<br>)<br>OSAMU H. MATSUTANI, MD., )<br>et al., )<br>)<br>Defendants. )<br>_____) | Case No. 3:09-cv-0080-TMB |

## **ENTRY OF APPEARANCE**

COME NOW Cheryl Mandala, of the law firm of JERMAIN DUNNAGAN & OWENS, P.C., and enters her appearance on behalf of Defendant Anchorage Community Mental Health Services, Inc. in the above-captioned matter, and request that copies of all future pleadings and documents be sent to:

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

{00274333 }

Cheryl Mandala
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503-4097

Dated in Anchorage, Alaska this 23rd day of February, 2010.

JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for Anchorage Community
Mental Health Services

By: *s/Cheryl Mandala*
Cheryl Mandala
Alaska Bar No. 0605019
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
cmandala@jdolaw.com

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2010, a true and correct copy of the foregoing document was served electronically on the following counsel of record:

John B. Gottstein
Attorney for Plaintiff

Richard L. Pomeroy
Evan Craig Zoldan
Gary M. Guarino
Attorneys for the United States

Matthew Peterson
Attorney for Defendants
Elizabeth Baisi, MD, Ruth Dukoff, MD,
Lina Judith Bautista, MD and Jan Kiele, MD

Richard D. Monkman
Attorney for Defendants
Heidi F. Lopez-Coonjohn, MD,
Robert D. Schults, MD and
Mark H. Stauffer, MD

Allen Frank Clendaniel
Attorney for Defendants
Kerry Ozer, MD and Claudia Phillips, MD

Daniel W. Hickey
Attorney for Defendants
Osamu H. Matsutani, MD and
Providence Health & Services – Washington

Robert C. Bundy
Attorney for Defendants
Southcentral Foundation, Safeway, Inc.
and Fred Meyer Stores, Inc.

Sanford M. Gibbs
Attorney for Defendant
Sheila Clark, MD and
Lucy Curtis, MD

Jeffrey M. Feldman
Attorney for Defendant Wal-Mart Stores, Inc.

  *s/Cheryl Mandala*

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322