Kevin M. Cuddy
AK Bar No. 0810062
cuddy@frozenlaw.com
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Tel.:  (907) 272-3538
Fax:  (907) 274-0819

*Co-Counsel for Defendant*
*Wal-Mart Stores, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA            )
    *Ex rel.* Law Project for Psychiatric    )
    Rights, an Alaskan non-profit         )
    Corporation,                          )
                          )
            Plaintiff,          )
                           )
v.                                  )
                           )
OSAMU H. MATSUTANI, MD, et al.,      )
                           )  Case No. 3:09-cv-0080-TMB
           Defendants.          )
_____)

## ENTRY OF APPEARANCE

    The law firm of Feldman Orlansky & Sanders hereby enters its appearance as co-

counsel in this matter on behalf of defendant WAL-MART STORES, INC.  Please direct

all pleadings pertaining to the above-captioned matter to Kevin M. Cuddy, Feldman Orlansky & Sanders, at the address indicated herein.

Dated:  February 23, 2010.

/s/ KEVIN M. CUDDY
Kevin M. Cuddy
AK Bar No. 0810062
**FELDMAN ORLANSKY & SANDERS**
500 L Street, Suite 400
Anchorage, Alaska 99501
Tel.:  (907) 272-3538
Fax:  (907) 274-0819

*Co-Counsel for Defendant*
*Wal-Mart Stores, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February, 2010, a copy of the foregoing document was served electronically on James B. Gottstein, Daniel R. Cooper, Jr., Gary M. Guarino, Richard D. Monkman, Matthew K. Peterson, Richard L. Pomeroy, Howard S. Trickey, Evan Craig Zoldan, Robert C. Bundy, Allen Frank Clendaniel, Sanford M. Gibbs, Daniel W. Hickey and Cheryl Mandala.

s/ Kevin M. Cuddy