DUPLICATE

Court Name: District of Alaska
Division: 3
Receipt Number: ANC001257
Cashier ID: sl
Transaction Date: 02/23/2010
Payer Name: Law Office of Gruenstein
--------------------------------
PRO HAC VICE
 For: David B Robbins
 Case/Party: D-AKX-3-10-AT-000001-001
 Amount:       $150.00
--------------------------------
CHECK
 Check/Money Order Num: 18947
 Amt Tendered:  $150.00
--------------------------------
Total Due:      $150.00
Total Tendered: $150.00
Change Amt:     $0.00

3:09-cv-00080-TMB


A fee of $45.00 will be charged for
any returned check.