John J. Tiemessen (ABA #9111105)
Lisa C. Hamby (ABA #0111063)
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
411 Fourth Avenue, Suite 300
Fairbanks, Alaska 99701
(907) 479-7966
USDC-FBKS-Ntc@cplawak.corn
Attorneys for Ronald A. Martino, MD; Irvin Rothrock, MD,
Fairbanks Psychiatric and Neurological Clinic

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA *Ex. Rel.* Law Project for Psychiatric Rights, an Alaskan non-profit corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>OSAMU H. MATSUTANI, MD, WILLIAM HOGAN, individually, and as Commissioner of the Department of Heath and Social Services, TAMMY SANDOVAL, Individually and as Director of the Alaska Office of Children's Services, STEVE McCOMB, individually and as Director of the Alaska Division of Juvenile Justice, WILLAIM STREUR, individually, and as Director of the Alaska Division of Health Care Services, JUNEAU YOUTH SERVICES, Inc., an Alaskan non-profit corporation, PROVIDENCE HEALTH & SERVICES, an Alaskan non-profit corporation, ELIZABETH BAISI, MD, RUTH DUKOFF, MD, CHARTER NORTH STAR BEHAVIORAL HEALTH SYSTEM, an Alaska Limited Liability Company, KERRY OZER, MD, CLAUDIA PHILLIPS, MD, | 3:09-cv-00080-TMB |

Entry of Appearance
*Law Project for Psychiatric Rights v Matsutani et al.,* Case No 3:09-cv-80-TMB
Page 1 of 3

| | SOUTHCENTRAL FOUNDATION, an )
1 | Alaska non-profit corporation, SHEILA )
| CLARK, MD, HUGH STARKS, MD, )
2 | LINA JUDITH BAUTISTA, MD, HEIDI F. )
| LOPEZ-COONJOHN, MD, ROBERT D. )
3 | SCHULTS, MD, MARK H. STAUFFER, )
| MD, RONALD A. MARTINO, MD, IRVIN )
4 | ROTHROCK, MD, JAN KIELE, MD, )
5 | ALTERNATIVES COMMUNITY )
| MENTAL HEALTH SERVICES, d/b/a )
6 | DENALI FAMILY SERVICES, )
| ANCHORAGE COMMUNITY MENTAL )
7 | HEALTH SERVICES, an Alaska non- )
| profit corporation, LUCY CURTIS, MD, )
8 | FAIRBANKS PSYCHIATRIC AND )
9 | NEUROLOGIC CLINIC, PC )
| PENINSULA COMMUNITY HEALTH )
10 | SERVICES OF ALASKA, INC., )
| BARTLETT REGIONAL HOSPITAL )
11 | FOUNDATION, INC., THOMSON )
| REUTERS (Healthcare) INC., WAL- )
12 | MART STORES, INC., SAFEWAY, )
| INC., FRED MEYER STORES, INC., )
13 | Defendants, )

## ENTRY OF APPEARANCE

COMES NOW the law firm of CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS, LLC, and hereby enters its appearance on behalf of the Defendants, Ronald A. Martino, MD, Irvin Rothrock, MD, and Fairbanks Psychiatric and Neurological Clinic. Service on said Defendants may be had by providing service to Clapp, Peterson, Van Flein, Tiemessen and Thorsness, LLC, 411 Fourth Avenue, Suite 300, Fairbanks, Alaska 99701, (907) 479-7776; fax number (907) 479-7966.

---

Entry of Appearance
*Law Project for Psychiatric Rights v Matsutani et al.,* Case No 3:09-cv-80-TMB
Page 1 of 3

DATED at Fairbanks, Alaska, this 24th day of February, 2010.

CLAPP PETERSON VAN FLEIN
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant(s)
Ronald A. Martino, MD,
Irvin Rothrock, MD, and
Fairbanks Psychiatric and Neurological
Clinic

/s/ John J. Tiemessen
Clapp Peterson Van Flein
Tiemessen & Thorsness, LLC
411 Fourth Avenue, Suite 300
Fairbanks, Alaska 99701
(907)479-7776
(907)479-7966 Fax
Email: jjt@cplawak.com
ABA No.: 9111105

**CERTIFICATE OF SERVICE**
I certify that a copy of this document was electronically served on all counsel of record.

/s/ John J. Tiemessen

---

Entry of Appearance
*Law Project for Psychiatric Rights v Matsutani et al.,* Case No 3:09-cv-80-TMB
Page 1 of 3