IN THE U.S. DISTRICT COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE



UNITED STATES OF AMERICA, ex rel., LAW PROJECT )
FOR PSYCHIATRIC RIGHTS, )
)
)
-vs- Plaintiff(s) )
)
) REC'D FEB 22 2010
OSAMU H. MATSUTANI, M.D., ET. AL., ) RETURN OF SERVICE
)
)
Defendant(s) )

Case No: 3:09-CV-0080-TMB

I certify that on Thursday, February 11, 2010 at 3:15 PM I served the following documents
SUMMONS IN A CIVIL ACTION; FILED IN CAMERA AND UNDER SEAL FALSE CLAIMS ACT MEDICAID FRAUD
DEMAND FOR JURY TRIAL; PLAINTIFF'S COMPLAINT PURSUANT TO 31 U.S.C. SECTION 3729-3732 OF THE
FEDERAL FALSE CLAIMS ACT

on the therein named PROVIDENCE HEALTH & SERVICES, an Alaskan non-profit corporation

at 9360 GLACIER HWY., SUITE 202 in Juneau, Alaska by leaving a true and correct copy with
MARY JOHNS, BUSINESS FILINGS INCORPORATED, REGISTERED AGENT FOR PROVIDENCE HEALTH & SERVICES

Process Server / DAVID BOHNA

SUBSCRIBED AND SWORN to me this day of Saturday, February 20, 2010

Notary Public in and for the State of Alaska
My Commission Expires:

**Attorney:** JIM GOTTSTEIN
406 'G' STREET, SUITE 206
ANCHORAGE, AK 99501

Attention:
File No:
Service Fee: $45.00
Mileage: $20.00
Endeavor:
Endeavor:

Total: $65.00  (Invoice) No: 79356

Attorneys Process Service
645 G Street Ste 100 PMB 585
Anchorage, AK. 99501
Phone (907) 276-2237

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Alaska

| | | |
|---|---|---|
| UNITED STATES OF AMERICA Ex rel. Law Project for Psychiatric Rights, an Alaskan non-profit corp., *Plaintiff* <br> v. <br> Osamu H. Matsutani, MD, and see attachment <br> *Defendant* | ) ) ) ) ) ) ) ) | Civil Action No. 3:09-cv-0080-TMB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PROVIDENCE HEALTH & SERVICES, an Alaskan non-profit corporation
9360 Glacier Hwy, Ste-202
Juneau AK 99801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  James B. Gottstein
Law Project for Psychiatric Rights
406 G Street, Suite 206
Anchorage, Alaska 99501
(907) 274-7686

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  IDA ROMACK

Date: 1/27/10

Signature of Clerk or Deputy Clerk

Attachment to Summons in
*United States of America ex rel Law Project for Psychiatric for Psychiatric Rights v. Matsutani, et al.*
Case No. 3:09-cv-0080-TMB
Full List of Defendants

OSAMU H. MATSUTANI, MD; WILLIAM HOGAN, individually, and as Commissioner of the Department of Health and Social Services; TAMMY SANDOVAL, Individually and as Director of the Alaska Office of Children's, Services; STEVE McCOMB, individually and as Director of the Alaska Division of Juvenile Justice; WILLIAM STREUR, individually, and as Director of the Alaska Division of Health Care Services; JUNEAU YOUTH SERVICES, Inc., an Alaskan non-profit corporation; PROVIDENCE HEALTH & SERVICES, an Alaskan non-profit corporation; ELIZABETH BAISI, MD; RUTH DUKOFF, MD; CHARTER NORTH STAR BEHAVIORAL HEALTH SYSTEM, an Alaska Limited Liability Company; KERRY OZER, MD; CLAUDIA PHILLIPS, MD; SOUTHCENTRAL FOUNDATION, an Alaska non-profit corporation; SHEILA CLARK, MD; HUGH STARKS, MD; LINA JUDITH BAUTISTA, MD; HEIDI F. LOPEZ-COONJOHN, MD; ROBERT D. SCHULTS, MD; MARK H. STAUFFER, MD; RONALD A. MARTINO, M.D.; IRVIN ROTHROCK, MD; JAN KIELE, MD; ALTERNATIVES COMMUNITY MENTAL HEALTH SERVICES, d/b/a DENALI FAMILY SERVICES; ANCHORAGE COMMUNITY MENTAL HEALTH SERVICES, an Alaska non-profit Corporation; LUCY CURTIS, MD; FAIRBANKS PSYCHIATRIC AND NEUROLOGIC CLINIC, PC; PENINSULA COMMUNITY HEALTH SERVICES OF ALASKA, INC.; BARTLETT REGIONAL HOSPITAL FOUNDATION, INC.; THOMSON REUTERS (Healthcare), INC.; WAL-MART STORES, INC.; SAFEWAY, INC.; FRED MEYER STORES, INC.

Civil Action No. 3:09-cv-0080-TMB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* PROVIDENCE HEALTH & SERVICES

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* MARY JOHNS , who is designated by law to accept service of process on behalf of *(name of organization)* CORP. BUSINESS FILINGS INC on *(date)* 2/11/10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-11-10

*Server's signature*

David Bohm
*Printed name and title*

PO Box 22012 Juneau AK 99802
*Server's address*

Additional information regarding attempted service, etc:

---

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that on February 26, 2010, a true and correct copy of this document was served electronically on all parties of record by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail
 /s/ James B. Gottstein
JAMES B. GOTTSTEIN, ABA #7811100
Law Project for Psychiatric Rights