Richard D. Monkman
Alaska Bar No. 8011101
dick@sonoskyjuneau.com
Myra M. Munson
Alaska Bar No. 8011103
myra@sonoskyjuneau.com
302 Gold Street, Suite 201
Juneau, Alaska 99801
Telephone: 907-586-5880
Facsimile: 907-586-5883

Counsel for Defendants:
City and Borough of Juneau, Alaska
(Bartlett Regional Hospital)

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA *Ex rel.* Law Project for Psychiatric Rights, an Alaskan non-profit corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OSAMU H. MATSUTANI, MD, et al.,<br><br>　　　　Defendants. | Case 3:09-cv-00080-TMB |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Richard D. Monkman and Myra M. Munson of the law firm of Sonosky, Chambers, Sachse, Miller & Munson, LLP, enter their appearance as counsel in this matter for defendant City and Borough of Juneau, Alaska (Bartlett Regional Hospital).

DATED this 1st day of March, 2010, at Juneau, Alaska.

        SONOSKY, CHAMBERS, SACHSE,
         MILLER & MUNSON, LLP

*//s// Richard D. Monkman*

By: _____
    Richard D. Monkman
    Alaska Bar No. 8011101
    dick@sonoskyjuneau.com
    Myra M. Munson
    Alaska Bar No. 8011103
    myra@sonoskyjuneau.com
    302 Gold Street, Suite 201
    Juneau, Alaska 99801
    Telephone: 907-586-5880
    Facsimile: 907-586-5883

    Counsel for Defendants:
    City and Borough of Juneau, Alaska
    (Bartlett Regional Hospital)

<u>Certificate of Service</u>

I hereby certify that on the 1st day of March, 2010, a true and correct copy of this *Entry of Appearance* was served electronically on all parties of record.

James B. Gottstein, Esq.
jim.gottstein@psychrights.org

Robert C. Bundy, Esq.
bundy.robert@dorsey.com
Michael A. Grisham, Esq.
grisham.michael@dorsey.com
Attorneys for Defendants
Fred Meyer, Safeway
and Southcentral Foundation

Allen F. Clendaniel, Esq.
clendaniel@alaskalaw.pro
Carolyn Heyman-Layne, Esq.
heyman-layne@alaskalaw.pro

Jeffrey M. Feldman, Esq.
feldman@frozenlaw.com
Kevin M. Cuddy, Esq.
cuddy@frozenlaw.com

Sanford M. Gibbs, Esq.
akwrangler@aol.com

Daniel W. Hickey, Esq.
ghlaw3@gci.net
David B. Robbins, Esq.
drobbins@bbllaw.com
Renee M. Howard, Esq.
rhoward@bbllaw.com

Matthew K. Peterson, Esq.
mkp@cplawak.com
Linda J. Johnson, Esq.
ljj@cplawak.com

John J. Tiemessen, Esq.
jjt@cplawak.com
Lisa C. Hamby, Esq.
lch@cplawak.com

Howard S. Trickey, Esq.
htrickey@jdolaw.com
Cheryl Mandala, Esq.
cmandala@jdolaw.com

*//s// Richard D. Monkman*

_____

Richard D. Monkman