JAMES E. TORGERSON (Bar No. 8509120)
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, AK 99501-1959
Telephone: +1 (907) 277-1900
Facsimile: +1 (907) 277-1920
jetorgerson@stoel.com

Attorneys for Defendant
THOMSON REUTERS (Healthcare) Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Ex rel.* Law Project for Psychiatric Rights, an Alaskan non-profit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>OSAMI H. MATSUTANI, MD, WILIAM HOGAN, individually, and as Commissioner of the Department of Health and Social Services, TAMMY SANDOVAL, Individually and as Director of the Alaska Division of Juvenile Justice, WILLIAM STREUR, individually, and Director of the Alaska Division of Health Care Services, JUNEAU YOUTH SERVICES, Inc., an Alaska non-profit corporation, PROVIDENCE HEALTH & SERVICES, an Alaskan non-profit corporation, ELIZABETH BAISI, MD, RUTH DUKOFF, MD, CHARTER NORTH STAR BEHAVIORAL HEALTH SYSTEM, an Alaska Limited Liability Company, KERRY OZER, MD, CLAUDIA PHILLIPS, MD, SOUTHCENTRAL FOUNDATION, an Alaskan non-profit | Case No.: 3:09-cv-00080-TMB<br><br>**ENTRY OF APPEARANCE** |

corporation, SHEILA CLARK, MD, HUGH STARKS, MD, LINA JUDITH BAUTISTA, MD, HEIDI F. LOPEZ-COONJOHN, MD, ROBERT D. SCHULTS, MD, MARK H. STAUFFER, MD, RONALD A. MARTINO, MD, IRVIN ROTHROCK, MD, JAN KIELE, MD, ALTERNATIVES COMMUNITY MENTAL HEALTH SERVICES, d/b/a DENALI FAMILY SERVICES, ANCHORAGE COMMUNITY MENTAL HEALTH SERVICES, an Alaska non-profit Corporation, LUCY CURTIS, MD, FAIRBANKS PSYCHIATRIC AND NEUROLOGIC CLINIC, PC, PENINSUAL COMMUNITY HEALTH SERVICES OF ALASKA, INC., BARTLETT REGIONAL HOSPITAL FOUNDATION, INC., THOMSON REUTERS (Healthcare) INC., WAL-MART STORES, INC., SAFEWAY, INC. FRED MEYER STORES, INC.,

                Defendants.

PLEASE TAKE NOTICE that James E. Torgerson of the law firm Stoel Rives, LLP, enter his appearance as counsel in this matter for defendant Thomson Reuters (Healthcare) Inc.

Dated: March 1, 2010                Respectfully submitted,

                                        STOEL RIVES LLP
                                        Attorneys for Defendant,
                                        THOMSON REUTERS (Healthcare) Inc.

                                        By     */s/ James E. Torgerson*
                                            JAMES E. TORGERSON (BAR NO. 8509120)
                                            Stoel Rives LLP
                                            510 L Street, Suite 500
                                            Anchorage, AK 99501
                                            Telephone: (907) 277-1900
                                            Facsimile: (907) 277-1920
                                            jetorgerson@stoel.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on the following parties in the method specified below on March 1, 2010:

| | |
|---|---|
| James B. Gottstein, Esq.<br>jim.gottstein@psychrights.org | Counsel for Plaintiff, Law Project for Psychiatric Rights, ex rel.<br><br>Served via<br>☐ facsimile ☐ regular U.S. Mail ☐ hand delivery ☒ ecf |
| Robert C. Bundy, Esq.<br>bundy.robert@dorsey.com<br>Michael A. Grisham, Esq.<br>grisham.michael@dorsey.com | Counsel for Defendants, Fred Meyers, Safeway and Southcentral Foundation<br><br>Served via<br>☐ facsimile ☐ regular U.S. Mail ☐ hand delivery ☒ ecf |
| Allen F. Clendaniel, Esq.<br>clendaniel@alaskalaw.pro<br>Carolyn Heyman-Layne, Esq.<br>Heyman-layne@alaskalaw.pro | Counsel for Defendants, Kerry Ozer, MD and Claudia Phillips, MD<br><br>Served via<br>☐ facsimile ☐ regular U.S. Mail ☐ hand delivery ☒ ecf |
| Jeffrey M. Feldman, Esq.<br>Feldman@frozenlaw.com<br>Kevin M. Cuddy, Esq.<br>cuddy@frozenlaw.com | Counsel for Defendant, Wal-Mart Stores, Inc.<br><br>Served via<br>☐ facsimile ☐ regular U.S. Mail ☐ hand delivery ☒ ecf |
| Sanford M. Gibbs, Esq.<br>akwrangler@aol.com | Counsel for Defendants, Lucy Curtis, MD and Sheila Clark, MD<br><br>Served via<br>☐ facsimile ☐ regular U.S. Mail ☐ hand delivery ☒ ecf |
| Daniel W. Hickey, Esq.<br>ghlaw3@gci.net<br>David B. Robins, Esq.<br>drobbins@bbllaw.com<br>Renee M. Howard, Esq.<br>rhoward@bbllaw.com | Counsel for Defendants, Osamu H. Matsutani, MD and Providence Health & Services<br><br>Served via<br>☐ facsimile ☐ regular U.S. Mail ☐ hand delivery ☒ ecf |
| Matthew K. Peterson, Esq.<br>mkp@cplawak.com<br>Linda J. Johnson, Esq.<br>ljj@cplawak.com | Counsel for Defendants, Jan Kiele, MD, Elizabeth Baisi, MD, Lina Judith Bautista, MD, and Ruth Dukoff, MD<br><br>Served via<br>☐ facsimile ☐ regular U.S. Mail ☐ hand delivery ☒ ecf |
| John J. Tiemessen, Esq.<br>jjt@cplawak.com<br>Lisa C. Hamby, Esq.<br>lch@cplawak.com | Counsel for Defendants, Ronald A. Martino, MD, Fairbanks Psychiatric and Neurologic Clinic, PC, and Irvin Rothrock, MD,<br><br>Served via<br>☐ facsimile ☐ regular U.S. Mail ☐ hand delivery ☒ ecf |
| Howard S. Trickey, Esq.<br>htrickey@jdolaw.com<br>Cheryl Mandala, Esq.<br>cmandala@jdolaw.com | Counsel for Defendant, Anchorage Community Mental Health Services<br><br>Served via<br>☐ facsimile ☐ regular U.S. Mail ☐ hand delivery ☒ ecf |

**ENTRY OF APPEARANCE;** *Law Project for Psychiatric Rights, et al. v. Matsutani, MD, et al.*; **Case No.: 3:09-cv-00080 TMB** Page 1 of 4

| | |
|---|---|
| 1  Richard D. Monkman<br>dick@sonoskyjuneau.com<br>2  Myra M. Munson<br>myra@sonoskyjuneau.com | Counsel for Defendants, Heidi F. Lopez-Coonjohn, MD, Robert D. Schults, MD, Mark H. Stauffer, MD, Bartlett Regional Hospital Foundation, Inc.<br><br>Served via<br>☐ facsimile  ☐ regular U.S. Mail  ☐ hand delivery  ☒ ecf |

    */s/ James E. Torgerson*
JAMES E. TORGERSON (Bar No. 8509120)
Stoel Rives LLP
510 L Street, Suite 500
Anchorage, AK 99501
Telephone: (907) 277-1900
Facsimile: (907) 277-1920
jetorgerson@stoel.com

Seattle-3611048.1 0078953-00001

**ENTRY OF APPEARANCE;** ***Law Project for Psychiatric Rights, et al. v. Matsutani, MD, et al.***; **Case No.: 3:09-cv-00080 TMB** Page 2 of 4