Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-264-3325
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Alternatives Community
Mental Health Services d/b/a Denali Family

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Law Project for Psychiatric Rights, an Alaskan non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>OSAMU H. MATSUTANI, MD; *et al.*,<br><br>Defendants. | Case No. 3:09-cv-00080-TMB<br><br>**NOTICE OF APPEARANCE** |

COMES NOW the law firm of Lane Powell LLC and enters its appearance as counsel of record on behalf of Defendant Alternatives Community Mental Health Services d/b/a Denali, in the above-captioned case, and requests that copies of all pleadings filed in this action be sent by ECF. It is further requested that all correspondence and discovery be mailed or delivered to its offices at 301 West Northern Lights Boulevard, Suite 301, Anchorage, Alaska 99503-2648.

DATED this 2nd day of March, 2010.

    LANE POWELL LLC
    Attorneys for Alternative Community Mental
    Health d/b/a Denali Family Services

    By  s/ Brewster H. Jamieson
    301 West Northern Lights Boulevard, Suite 301
    Anchorage, Alaska 99503-2648
    Tel:   907-277-3325
    Fax:   907-276-2631
    Email: jamiesonb@lanepowell.com
    ASBA No. 8411122

I certify that on March 2, 2010, a copy of the foregoing was served by ECF on:

James B. Gottstein  jim.gottstein@psychrights.org
Robert C. Bundy  bundy.robert@dorsey.com
Michael A. Grisham  grisham.michael@dorsey.com
Allen Clendaniel  clendaniels@alaskalaw.pro
Carolyn Heyman-Layne  heyman-layne@alaskalaw.pro
Jeffrey M. Feldman  feldman@frozenlaw.com
Kevin M. Cuddy  cuddy@frozenlaw.com
Sanford M. Gibbs  akwrangler@aol.com
Daniel W. Hickey  ghlaw3@gci.net
David B. Robbins  drobbins@bbllaw.com
Renee M. Howard  rhoward@bbllaw.com
Matthew K. Peterson  mkp@cplawak.com
Linda J. Johnson  ljj@cplawak.com
Lisa C. Hamby  lch@cplawak.com

Howard S. Trickey  htrickey@jdolaw.com
Cheryl Mandala  cmandala@jdolaw.com
Richard D. Monkman  dick@sonoskyjuneau.com
Myra M. Munson  myra@sonoskyjuneau.com
James E. Torgerson  jetorgerson@stoel.com

and by First Class Mail, postage prepaid, on:

Karen L. Loeffler
Richard L. Pomeroy
Office of the United States Attorney
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7500

Evan C. Zoldan, Assistant AG
Civil Division, Commercial Litigation Branch
Post Office Box 261, Ben Franklin Station
Washington, DC  20044-0261

   s/ Brewster H. Jamieson
000000.0000/171706.1