Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-264-3325
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Alternatives Community Mental
Health Services d/b/a Denali Family Services

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Law Project for Psychiatric Rights, an Alaskan non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>OSAMU H. MATSUTANI, MD; *et al.*,<br><br>Defendants. | Case No. 3:09-cv-00080-TMB<br><br>**CORRECTED**<br>**NOTICE OF APPEARANCE** |

COMES NOW the law firm of Lane Powell LLC and enters its appearance as counsel of record on behalf of Defendant Alternatives Community Mental Health Services d/b/a Denali Family Services, in the above-captioned case, and requests that copies of all pleadings filed in this action be sent by ECF. It is further requested that all correspondence and discovery be mailed or delivered to its offices at 301 West Northern Lights Boulevard, Suite 301, Anchorage, Alaska 99503-2648.

DATED this 2nd day of March, 2010.

LANE POWELL LLC
Attorneys for Alternative Community Mental
Health d/b/a Denali Family Services

By   s/ Brewster H. Jamieson
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Tel: 907-277-3325
Fax: 907-276-2631
Email: jamiesonb@lanepowell.com
ASBA No. 8411122

I certify that on March 2, 2010, a copy of the foregoing was served by ECF on:

James B. Gottstein  jim.gottstein@psychrights.org
Robert C. Bundy  bundy.robert@dorsey.com
Michael A. Grisham  grisham.michael@dorsey.com
Allen Clendaniel  clendaniels@alaskalaw.pro
Carolyn Heyman-Layne  heyman-layne@alaskalaw.pro
Jeffrey M. Feldman  feldman@frozenlaw.com
Kevin M. Cuddy  cuddy@frozenlaw.com
Sanford M. Gibbs  akwrangler@aol.com
Daniel W. Hickey  ghlaw3@gci.net
David B. Robbins  drobbins@bbllaw.com
Renee M. Howard  rhoward@bbllaw.com
Matthew K. Peterson  mkp@cplawak.com
Linda J. Johnson  ljj@cplawak.com
Lisa C. Hamby  lch@cplawak.com
Howard S. Trickey  htrickey@jdolaw.com
Cheryl Mandala  cmandala@jdolaw.com
Richard D. Monkman  dick@sonoskyjuneau.com
Myra M. Munson  myra@sonoskyjuneau.com
James E. Torgerson  jetorgerson@stoel.com
Gary M. Guarino  gary.guarino@usdoj.gov
Evan Craig Zoldan  evan.zoldan@usdoj.gov

   s/ Brewster H. Jamieson
000000.0000/171706.1

**Corrected Notice of Appearance**
*Law Project for Psychiatric Rights v. Matsutani, et al.* **(Case No. 3:09-cv-00080)**　　　　　　　　**Page 2 of 2**