Jeffrey M. Feldman
Email: feldman@frozenlaw.com
AK Bar No. 7605029
Kevin M. Cuddy
Email: cuddy@frozenlaw.com
AK Bar No. 0810062
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Tel.: (907) 272-3538
Fax: (907) 274-0819

*Counsel for Defendant*
*Wal-Mart Stores, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    *Ex rel.* Law Project for Psychiatric )<br>    Rights, an Alaskan non-profit )<br>    Corporation, )<br>                              )<br>        Plaintiff, )<br>                              )<br>v.                      )<br>                              )<br>OSAMU H. MATSUTANI, MD, et al., )<br>                              )<br>        Defendants. )<br>                              ) | Case No. 3:09-cv-00080-TMB<br><br>**CORPORATE DISCLOSURE<br>STATEMENT OF<br>WAL-MART STORES, INC.** |

In accordance with F.R.C.P. 7.1, Wal-Mart Stores, Inc., one of the Defendants in this action, states that:

*Ex rel. Law Project for Psychiatric Rights v. O. Matsutani, et al.* Case No. 3:09-cv-00080-TMB
CORPORATE DISCLOSURE STATEMENT OF WAL-MART STORES, INC.           Page 1 of 2

1. It is a publicly-held corporation;

2. It is not a subsidiary of any parent corporation; and

3. No publicly-held corporation or other publicly-held entity owns 10% or more of its stock.

Dated: March 2, 2010

/s/ JEFFREY M. FELDMAN
Jeffrey M. Feldman
AK Bar No. 7605029
Kevin M. Cuddy
AK Bar No. 0810062
**FELDMAN ORLANSKY & SANDERS**
500 L Street, Suite 400
Anchorage, Alaska 99501
Tel.: (907) 272-3538
Fax: (907) 274-0819

*Counsel for Defendant Wal-Mart Stores, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of March, 2010, a copy of the foregoing document was served electronically on Robert C. Bundy, Allen Frank Clendaniel, Sanford M. Gibbs, James B. Gottstein, Gary M. Guarino, Daniel W. Hickey, Renee M. Howard, Brewster H. Jamieson, Cheryl Mandala, Richard D. Monkman, Matthew K. Peterson, David B. Robbins, John J. Tiemessen, James E. Torgerson, Howard S. Trickey and Evan Craig Zoldan.

s/ Jeffrey M. Feldman