ROBERT C. BUNDY, ABA #7206021
bundy.robert@dorsey.com
MICHAEL A. GRISHAM, ABA #9411104
grisham.michael@dorsey.com
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for
FRED MYER STORES, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Ex rel. Law Project for Psychiatric Rights,<br>an Alaskan non-profit corp.,<br><br>Plaintiff,<br>vs.<br><br>OSAMU H. MATSUTANI, MD.,<br>et al.,<br><br>Defendants. | Case No. 3:09-CV-00080 (TMB) |

## CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FED. R. CIV. P.7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel hereby certifies defendant Fred Meyer Stores, Inc. is a wholly owned subsidiary of The Kroger Co. and that The Kroger Co's shares are publicly traded in the United States.

**DORSEY &
WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

CORPORATE DISCLOSURE STATEMENT (FRCP 7.1)            USA VS. OSAMU et al.
Page 1                                                Case No. 3:09-CV-0080 (TMB)

DATED this 2nd day of March, 2010, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By: /s/ Robert C. Bundy
ROBERT C. BUNDY,
ABA #7206021
bundy.robert@dorsey.com

MICHAEL A. GRISHAM,
ABA #9411104
grisham.michael@dorsey.com

Attorneys for Fred Meyer Stores, Inc.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

CORPORATE DISCLOSURE STATEMENT (FRCP 7.1) USA VS. OSAMU et al.
Page 2 Case No. 3:09-CV-0080 (TMB)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 2nd day of March, 2010, a true and correct copy of this document was served by electronic means through the ECF system on:

James B. Gottstein, jim.gottstein@psychrights.org
Allen Clendaniel, clendaniel@alaskalaw.pro
Carolyn Heyman-Layne, heyman-layne@alaskalaw.pro
Jeffrey M. Feldman, feldman@frozenlaw.com
Kevin M. Cuddy, cuddy@frozenlaw.com
Sanford M. Gibbs, akwrangler@aol.com
Daniel W. Hickey, ghlaw3@gci.net
David B. Robbins, drobbins@bbllaw.com
Renee M. Howard, rhoward@bbllaw.com
Matthew K. Peterson, mkp@cplawak.com
Linda J. Johnson, ljj@cplawak.com
Lisa C. Hamby, lch@cplawak.com
Howard S. Trickey, htrickey@jdolaw.com
Cheryl Mandala, cmandala@jdolaw.com
Richard D. Monkman, dick@sonoskyjuneau.com
Mrya M. Munson, myra@sonoskyjuneau.com
James E. Torgerson, jetorgerson@stoel.com
Brewster H. Jamieson, jamiesonb@lanepowell.com

and by First Class Mail, postage prepaid, on:

Karen L. Loeffler
Richard L. Pomeroy
Office of the United States Attorney
222 West Seventh Avenue, Rm. 253, #9
Anchorage, Alaska 99513-7500

Evan C. Zoldan, Assistant AG
Civil Division, Commercial Litigation Branch
P.O. Box 261, Ben Franklin Station
Washington, DC 20044-0261

    /s/ Robert C. Bundy
ROBERT C. BUNDY, ABA #7206021
Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

CORPORATE DISCLOSURE STATEMENT (FRCP 7.1)  USA VS. OSAMU et al.
Page 3  Case No. 3:09-CV-0080 (TMB)