Vance A. Sanders
Alaska Bar No. 8611131
vsanders@gci.net
P.O. Box 240090
Douglas, Alaska 99824
Telephone:  907-586-1648
Facsimile:   907-586-1649

Counsel for Defendant:
Juneau Youth Services, Inc.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    *Ex rel.* Law Project for Psychiatric )<br>    Rights, an Alaskan non-profit )<br>    corporation, )<br>    )<br>    Plaintiff, )<br>    )<br>vs. )<br>    )<br>OSAMU H. MATSUTANI, MD, et al., )<br>    )<br>    Defendants. )<br>_____ ) | Case 3:09-cv-00080-TMB |

## **ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Vance A. Sanders of the law firm of Law Office of Vance A. Sanders LLC, enters his appearance as counsel in this matter for defendant Juneau Youth Services, Inc.

DATED this 3rd day of March, 2010, at Juneau, Alaska.

        LAW OFFICE OF VANCE A. SANDERS LLC

          *//s// Vance A. Sanders*
    By: _____
        Vance A. Sanders
        Alaska Bar No. 8611131
        vsanders@gci.net

P.O. Box 240090
Douglas, Alaska 99824
Telephone: 907-586-1648
Facsimile: 907-586-1649

Counsel for Defendant:
Juneau Youth Services, Inc.

Certificate of Service

I hereby certify that on the 3rd day of March, 2010, a true and correct copy of this *Entry of Appearance* was served electronically on all parties of record.

James B. Gottstein, Esq.
jim.gottstein@psychrights.org

Robert C. Bundy, Esq.
bundy.robert@dorsey.com
Michael A. Grisham, Esq.
grisham.michael@dorsey.com
Attorneys for Defendants
Fred Meyer, Safeway
and Southcentral Foundation

Allen F. Clendaniel, Esq.
clendaniel@alaskalaw.pro
Carolyn Heyman-Layne, Esq.
heyman-layne@alaskalaw.pro

Jeffrey M. Feldman, Esq.
feldman@frozenlaw.com
Kevin M. Cuddy, Esq.
cuddy@frozenlaw.com

Sanford M. Gibbs, Esq.
akwrangler@aol.com

Daniel W. Hickey, Esq.
ghlaw3@gci.net
David B. Robbins, Esq.
drobbins@bbllaw.com
Renee M. Howard, Esq.
rhoward@bbllaw.com

Matthew K. Peterson, Esq.
mkp@cplawak.com
Linda J. Johnson, Esq.
ljj@cplawak.com

John J. Tiemessen, Esq.
jjt@cplawak.com
Lisa C. Hamby, Esq.
lch@cplawak.com

Howard S. Trickey, Esq.
htrickey@jdolaw.com
Cheryl Mandala, Esq.
cmandala@jdolaw.com

*//s// Vance A. Sanders*

_____

Vance A. Sanders