DANIEL S. SULLIVAN
ATTORNEY GENERAL
STATE OF ALASKA

Stacie L. Kraly
Assistant Attorney General
State of Alaska, Department of Law
P.O. Box 110300
Juneau, Alaska 99811
907-465-4164 office
907-465-2539 fax
Stacie.Kraly@alaska.gov
Alaska Bar No. 9406040

R. Scott Taylor
Assistant Attorney General
State of Alaska, Department of Law
1031 W. 4th Avenue #200
Anchorage, AK 99501
907-375-7775 office
907-279-8644 fax
Scott.Taylor@alaska.gov
Alaska Bar No. 8507110

Attorneys for William Hogan, William Streur, Tammy Sandoval, Stephen McComb

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    *Ex rel.* Law Project for Psychiatric<br>    Rights, an Alaska non-profit<br>    corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>OSAMU H. MATSUTANI, MD, et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br>3:09-cv-00080-TMB |

*U.S.A. Ex rel. Law Project for Psychiatric Rights v. Osamu H. Matsutani et al.*
ENTRY OF APPEARANCE
Civil Action No. 3:09-cv-00080-TMB
Page 1 of 4

# ENTRIES OF APPEARANCE

Please take notice that Assistant Attorneys General Stacie L. Kraly and R. Scott Taylor, hereby enter their appearance as co-counsel of record in the above-captioned matter on behalf of WILLIAM HOGAN individually and in his official capacity as Commissioner of the Alaska Department of Health and Social Services. Copies of all notices, motions and pleadings should be sent to Ms. Kraly at:

>Alaska Department of Law – Office of the Attorney General
>P.O. Box 110300
>Juneau, AK 99811-0300
>907-465-4164 office
>907-465-2539 fax
>Stacie.Kraly@alaska.gov

Copies of the same should also be sent to Mr. Taylor at:

>State of Alaska, Department of Law
>1031 W. 4Th Avenue #200
>Anchorage, AK 99501
>907-375-7775 office
>907-279-8644 fax
>Scott.Taylor@alaska.gov
>Alaska Bar No. 8507110

DANIEL S. SULLIVAN
ATTORNEY GENERAL

By: s/Stacie L. Kraly
Assistant Attorney General
P.O. Box 110300
Juneau, AK 99811-0300
907-465-4164 office
907-465-2539 fax
Stacie.Kraly@alaska.gov
Alaska Bar No. 9406040

s/R. Scott Taylor
                                            R. Scott Taylor
                                            Assistant Attorney General
                                            1031 W. 4Th Avenue #200
                                            Anchorage, AK 99501
                                            907-269-5100 office
                                            907-279-8644 fax
                                            Scott.Taylor@alaska.gov
                                            Alaska Bar No. 8507110


**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2010 that a true and correct copy of the foregoing was electronically served on the following parties of record pursuant to the Court's ECF filing system:

Representing Wal-Mart Stores, Inc.:
    Eric P. Berlin, Esq., epberlin@jonesday.com
    Jeff Feldman, Esq., feldman@frozenlaw.com
    Tina M. Tabacchi, Esq., tmtabacchi@jonesday.com
    Kevin Cuddy, Esq., cuddy@frozenlaw.com

Representing Fred Meyer Stores, Inc. and Safeway:
    Robert C. Bundy, Esq., bundy.robert@dorsey.com

Representing Southcentral Foundation:
    Robert C. Bundy, Esq., bundy.robert@dorsey.com

Representing Lucy Curtiss, MD; Hugh Starks, MD; Sheila Clark, MD:
    Sandy Gibbs, Esq., akwrangler@aol.com

Representing Kerry Ozer, MD; Claudia Phillips, MD:
    Carolyn Heyman-Layne, Esq., heyman-layne@alaskalaw.pro
    Allen F. Clendaniel, Esq., clendaniel@alaskalaw.pro

Representing Osamu Matsutani, MD/Providence Health & Services:
    Daniel W. Hickey, Esq., ghlaw3@gci.net
    Renee M. Howard, Esq., rhoward@bbllaw.com
    David B. Robbins, drobbins@bbllaw.com

Representing Anchorage Community Mental Health Services:
    Cheryl Mandala, Esq., cmandala@jdolaw.com
    Howard S. Trickey, Esq., htrickey@jdolaw.com

Representing Juneau Youth Services:
    Vance Sanders, Esq., vsanders@gci.net

///

ATTORNEY GENERAL, STATE OF ALASKA
Dimond Courthouse
PO Box 110300, JUNEAU, ALASKA 99811
PHONE (907) 465-3600

Representing Frontline Hospital, LLC d/b/a NorthStar Hospital; Elizabeth Baisi, MD; Ruth Dukoff, MD; and Lina Judith Bautista, MD:
    Matt Peterson, Esq., mkp@cplawak.com
    Linda Johnson, Esq., ljj@cplawak.com

Representing Heidi Lopez-Coonjohn, MD; Robert Schults MD; Mark Stauffer, MD/Bartlett Regional Hospital:
    Richard D. Monkman, Esq., dick@sonoskyjuneau.com
    Myra M. Munson, Esq., Myra@sonoskyjuneau.com

Representing Thompsons Rueters (Healthcare, Inc.):
    James E. Torgerson, Esq., jetorgerson@stoel.com

Representing Alternatives Community Mental Health Services d/b/a Denali Family Services:
    Brewster Jamison, Esq., jamisonb@lanepowel.com

Representing Ronald A. Martino, MD; Irvin Rothrock, MD; Fairbanks Psychiatric and Neurological Clinic:
    John J. Tiemessen, jjt@cplawak.com

Representing PsychRights, LLC:
    James Gottstein, Esq., jim.gottstein@psychrights.org

United States, Department of Justice:
    Gary Guarino, Esq., Gary.Guarino@usdoj.gov
    Evan Zoldan, Esq., Evan.Zoldan@usdoj.gov

                                              s/Thomas J. Duffy
                                              Law Office Assistant

ATTORNEY GENERAL, STATE OF ALASKA
Dimond Courthouse
PO Box 110300, JUNEAU, ALASKA 99811
PHONE (907) 465-3600