Brewster H. Jamieson, ASBA No. 8411122
Matthew W. Claman, ASBA No. 8809164
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-264-3325 or 264-3311
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
clamanm@lanepowell.com
Attorneys for Alternatives Community Mental
Health Services d/b/a Denali Family Services

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Law Project for Psychiatric Rights, an Alaskan non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>OSAMU H. MATSUTANI, MD; *et al.*,<br><br>Defendants. | Case No. 3:09-cv-00080-TMB<br><br>**NOTICE OF APPEARANCE** |

COMES NOW Matthew W. Claman of Lane Powell LLC and enters his appearance as co-counsel of record on behalf of Defendant Alternatives Community Mental Health Services d/b/a Denali Family Services, in the above-captioned case, and requests that copies of all pleadings filed in this action be sent by ECF. It is further requested that all correspondence and discovery be mailed or delivered to Lane Powell LLC's offices at 301 West Northern Lights Boulevard, Suite 301, Anchorage, Alaska 99503-2648.

DATED this 10th day of March, 2010.

LANE POWELL LLC
Attorneys for Alternative Community Mental
Health d/b/a Denali Family Services

By /s/ Matthew W. Claman
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-3311
Fax: 907-276-2631
Email: clamanm@lanepowell.com
ASBA No. 8809164

I certify that on March 10, 2010, a copy of the foregoing was served by ECF on:

Allen Clendaniel  clendaniels@alaskalaw.pro
Carolyn Heyman-Layne  heyman-layne@alaskalaw.pro
Cheryl Mandala  cmandala@jdolaw.com
Daniel W. Hickey  ghlaw3@gci.net
David B. Robbins  drobbins@bbllaw.com
Evan Craig Zoldan  evan.zoldan@usdoj.gov
Gary M. Guarino  gary.guarino@usdoj.gov
Howard S. Trickey  htrickey@jdolaw.com
James B. Gottstein  jim.gottstein@psychrights.org
James E. Torgerson  jetorgerson@stoel.com
Jeffrey M. Feldman  feldman@frozenlaw.com
John J. Tiemessen  jlt@cplawak.com
Kevin M. Cuddy  cuddy@frozenlaw.com
Linda J. Johnson  ljj@cplawak.com
Lisa C. Hamby  lch@cplawak.com
Matthew K. Peterson  mkp@cplawak.com
Michael A. Grisham  grisham.michael@dorsey.com
Myra M. Munson  myra@sonoskyjuneau.com
Renee M. Howard  rhoward@bbllaw.com
Richard D. Monkman  dick@sonoskyjuneau.com
Robert C. Bundy  bundy.robert@dorsey.com
Sanford M. Gibbs  akwrangler@aol.com
Vance A. Sanders  vsanders@gci.net

  /s/ Matthew W. Claman
019369.0201/171752.1

**Notice of Appearance**
*Law Project for Psychiatric Rights v. Matsutani, et al.* **(Case No. 3:09-cv-00080)**                                   Page 2 of 2