Brewster H. Jamieson, ASBA No. 8411122
Matthew W. Claman, ASBA No. 8809164
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-264-3325
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
clamanm@lanepowell.com
Attorneys for Alternatives Community Mental
Health Services d/b/a Denali Family Services

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Law Project for Psychiatric Rights, an Alaskan non-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> OSAMU H. MATSUTANI, MD; *et al.*, <br><br> Defendants. | <br><br><br><br><br><br> Case No. 3:09-cv-00080-TMB <br><br><br><br> **RULE 7.1 CORPORATE DISCLOSURE** |

Defendant Alternatives Community Mental Health Center, Inc. d/b/a Denali Family Services, by and through counsel, pursuant to Fed. R. Civ. P. Rule 7.1, and provides the following corporate information:

    Alternatives Community Mental Health Center, Inc., is a privately held, nonprofit corporation d/b/a Denali Family Services.

DATED this _____ day of March, 2010.

                                              LANE POWELL LLC
                                              Attorneys for Alternative Community Mental
                                              Health d/b/a Denali Family Services

                                              By  /s/ Matthew W. Claman
                                              301 West Northern Lights Boulevard, Suite 301
                                              Anchorage, Alaska  99503-2648
                                              Tel: 907-277-3311
                                              Fax: 907-276-2631
                                              Email: clamanm@lanepowell.com
                                              ASBA No. 8809164

I certify that on March 10, 2010, a copy of the foregoing was served by ECF on:

Allen Clendaniel  clendaniel@alaskalaw.pro
Carolyn Heyman-Layne  heyman-layne@alaskalaw.pro
Cheryl Mandala  cmandala@jdolaw.com
Daniel W. Hickey  ghlaw3@gci.net
David B. Robbins  drobbins@bbllaw.com
Evan Craig Zoldan  evan.zoldan@usdoj.gov
Gary M. Guarino  gary.guarino@usdoj.gov
Howard S. Trickey  htrickey@jdolaw.com
James B. Gottstein  jim.gottstein@psychrights.org
James E. Torgerson  jetorgerson@stoel.com
Jeffrey M. Feldman  feldman@frozenlaw.com
John J. Tiemessen  jjt@cplawak.com
Kevin M. Cuddy  cuddy@frozenlaw.com
Linda J. Johnson  ljj@cplawak.com
Lisa C. Hamby  lch@cplawak.com
Matthew K. Peterson  mkp@cplawak.com
Michael A. Grisham  grisham.michael@dorsey.com
Myra M. Munson  myra@sonoskyjuneau.com
Renee M. Howard  rhoward@bbllaw.com
Richard D. Monkman  dick@sonoskyjuneau.com
Robert C. Bundy  bundy.robert@dorsey.com
Sanford M. Gibbs  akwrangler@aol.com
Vance A. Sanders  vsanders@gci.net

   /s/ Matthew W. Claman
019369.0201/171744.1