# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| United States of America ) <br> Ex rel. Law Product for Psychiatric Rights ) <br> ) <br>                    Plaintiff(s), ) <br>             vs. ) <br> Osamu H Matsutani, MD, et al. ) <br> ) <br> ) <br>                   Defendant(s). ) <br> _____ ) | Case No. 3:09-CV-00080-TMB <br><br> MOTION AND APPLICATION <br> OF NON-RESIDENT ATTORNEY <br> FOR PERMISSION TO APPEAR <br> AND PARTICIPATE IN THE <br> UNITED STATES DISTRICT COURT <br> FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Eric P. Berlin, hereby apply for permission to appear and participate as counsel for Wal-Mart Stores, Inc., ~~plaintiff/~~defendant, in the above-entitled cause pursuant to Rule 83.1(d) of the Local Rules for the United States District Court, District of Alaska.

☐ I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because: [Check whichever of the following boxes apply, if any.]

    ☐ I am a registered participant in the CM/ECF System for the District of Alaska.

    ☐ I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska.

    ☐ For the reasons set forth in the attached memorandum.

## OR

☒ I hereby designate Jeffrey M. Feldman, a member of the Bar of this court, who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case

DATE: March 8, 2010

_____
(Signature)

Name: 312-269-4117

Address: Jones Day
77 W. Wacker Drive
Chicago, IL 60601

Telephone: **312-269-4117**  e-mail: epberlin@jonesday.com

## Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE: 3/10/10

_____
(Signature)

Name: Jeffrey M. Feldman

Address: Feldman, Orlansky & Sanders
500 L Street, Fourth Floor
Anchorage, AK 99501

Telephone: 907-677-8303  e-mail: Feldman@frozenlaw.com

(*Member of the Bar of the United States District Court for the District of Alaska)

IT IS SO ORDERED:

DATED:_____  _____
UNITED STATES DISTRICT JUDGE
For the District of Alaska

[Rule 83.frm]{Rev.01/06}