```
Court Name: District of Alaska
Division: 3
Receipt Number: ANC001364
Cashier ID: sl
Transaction Date: 03/11/2010
Payer Name: Jones Day
------------------------------
PRO HAC VICE
 For: Eric P Berlin
 Case/Party: D-AKX-3-10-AT-000001-001
 Amount:      $150.00
------------------------------
CHECK
 Check/Money Order Num: 1000223
 Amt Tendered: $150.00
------------------------------
Total Due:      $150.00
Total Tendered: $150.00
Change Amt:     $0.00

3:09-cv-00080-TMB


A fee of $45.00 will be charged for
any returned check.
```