Carolyn Heyman-Layne, ABA #0405016
Allen F. Clendaniel, ABA #0411084
SEDOR, WENDLANDT, EVANS & FILIPPI, LLC
500 L Street, Suite 500
Anchorage, Alaska 99501
(907) 677-3600

*Attorneys for Defendants*
*Kerry Ozer, MD and Claudia Phillips, MD*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Ex rel.* Law Project for Psychiatric Rights,<br>an Alaskan non-profit corporation,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>OSAMU H. MATSUTANI, MD,<br>et al.,<br><br>　　　　　　　Defendants. | Case No. 3:09-cv-00080-TMB |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Carolyn Heyman-Layne of Sedor, Wendlandt, Evans & Filippi, LLC, hereby gives notice of her appearance on behalf of Defendants Kerry Ozer, MD and Claudia Phillips, MD in the above-captioned matter. All pleadings, correspondence and other writings should be served as follows:

> Carolyn Heyman-Layne
> Sedor, Wendlandt, Evans & Filippi, LLC
> 500 L Street, Suite 500
> Anchorage, Alaska 99501
> Phone:　(907) 677-3600
> Fax:　　(907) 677-3605
> Email:　heyman-layne@alaskalaw.pro

DATED this 12th day of March, 2010, at Anchorage, Alaska.

    SEDOR, WENDLANDT, EVANS & FILIPPI, LLC
    Attorneys for Defendants Kerry Ozer, MD and
    Claudia Phillips, MD

    By: s/ Carolyn Heyman-Layne
        Carolyn Heyman-Layne, ABA #0405016
        SEDOR, WENDLANDT, EVANS & FILIPPI, LLC
        500 L Street, Suite 500
        Anchorage, Alaska 99501
        Phone:   (907) 677-3600
        Fax:      (907) 677-3605
        Email:    heyman-layne@alaskalaw.pro

CERTIFICATE OF SERVICE

This certifies that on this 12th day of March, 2010, a true and correct copy of the foregoing document was served electronically on:

**Brewster H. Jamieson**
Lane Powell LLC
jamiesonb@lanepowell.com

**Cheryl Mandala**
Jermain Dunnagan & Owens
cmandala@jdolaw.com

**Daniel W. Hickey**
Gruenstein & Hickey
ghlaw3@gci.net

**David B. Robbins**
Bennett Bigelow & Leedom, P.S.
drobbins@bbllaw.com

**Evan Zoldan**
U.S. Department of Justice
evan.zoldan@usdoj.gov

**Gary M. Guarino**
Office of the U.S. Attorney, Civil Division
gary.guarino@usdoj.gov

**Howard S. Trickey**
Jermain Dunnagan & Owens
htrickey@jdolaw.com

**James B. Gottstein**
Law Project for Psychiatric Rights
jim.gottstein@psychrights.org

**James E. Torgerson**
Stoel Rives LLP
jetorgerson@stoel.com

**Jeffrey M. Feldman**
Feldman Orlansky & Sanders
feldman@frozenlaw.com

**John J. Tiemessen**
Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
usdc-anch-ntc@cplawak.com

**Kevin M. Cuddy**
Feldman Orlansky & Sanders
cuddy@frozenlaw.com

**Matthew K. Peterson**
Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
usdc-anch-ntc@cplawak.com

**Matthew W. Claman**
Lane Powell LLC
clamanm@lanepowell.com

**R. Scott Taylor**
Alaska Department of Law
scott.taylor@alaska.gov

**Renee M. Howard**
Bennett Bigelow & Leedom, P.S.
rhoward@bbllaw.com

**Richard D. Monkman**
Sonosky, Chambers, Sachse, Miller & Munson, LLP
dick@sonoskyjuneau.com

**Robert C. Bundy**
Dorsey & Whitney, LLC
bundy@dorsey.com

**Sanford M. Gibbs**
Brown, Waller & Gibbs
akwrangler@aol.com

**Stacie L. Kraly**
Alaska Department of Law
stacie.kraly@alaska.gov

**Vance A. Sanders**
Law Office of Vance A. Sanders, LLC
vsanders@gci.net

s/ Carolyn Heyman-Layne