# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, ex rel. Law Project for Psychiatric Rights, an Alaskan non-profit corporation, <br>           Plaintiff(s), <br> vs. <br><br> Osamu H. Matsutani, MD; et al., <br><br>           Defendant(s). | Case No. 09-cv-00080-TMB <br><br> MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, James F. Rittinger, hereby apply for permission to appear and participate as counsel for Thomson Reuters (Healthcare) Inc., ~~plaintiff~~/defendant, in the above-entitled cause pursuant to Rule 83.1(d) of the Local Rules for the United States District Court, District of Alaska.

☐ I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because: [Check whichever of the following boxes apply, if any.]

    ☐ I am a registered participant in the CM/ECF System for the District of Alaska.

    ☐ I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska.

    ☐ For the reasons set forth in the attached memorandum.

**OR**

[Rule 83.frm](Rev.01/06)

☒ I hereby designate JAMES E. TORGERSON, a member of the Bar of this court, who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case

DATE: March 10, 2010

_____
(Signature)

Name: James F. Rittinger

Address: Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, New York 10169

Telephone: **212-818-9200**     e-mail: jrittinger@ssbb.com

Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE: 3/15/10

_____
(Signature)

Name: JAMES E. TORGERSON

Address: 510 L STREET, SUITE 500
ANCHORAGE, AK 99501

Telephone: 907-277-1900     e-mail: jetorgerson@stoel.com

(*Member of the Bar of the United States District Court for the District of Alaska)

IT IS SO ORDERED:

DATED:_____     _____
UNITED STATES DISTRICT JUDGE
For the District of Alaska

[Rule 83.frm]{Rev.01/06}