DUPLICATE

Court Name: District of Alaska
Division: 3
Receipt Number: ANC001383
Cashier ID: nl
Transaction Date: 03/16/2010
Payer Name: Stoel Rives
--------------------------------
PRO HAC VICE
 For: James F. Rittinger
 Case/Party: D-AKX-3-10-AT-000001-001
 Amount:      $150.00
--------------------------------
CHECK
 Check/Money Order Num: 790954
 Amt Tendered:  $150.00
--------------------------------
Total Due:       $150.00
Total Tendered:  $150.00
Change Amt:      $0.00

3:09-cv-00080-TMB

A fee of $45.00 will be charged for
any returned check.