DUPLICATE

Court Name: District of Alaska
Division: 3
Receipt Number: ANC001384
Cashier ID: nl
Transaction Date: 03/16/2010
Payer Name: Stoel Rives LLP
--------------------------------
PRO HAC VICE
 For: Thomas J. Cahill
 Case/Party: D-AKX-3-10-AT-000001-001
 Amount:       $150.00
--------------------------------
CHECK
 Check/Money Order Num: 790958
 Amt Tendered: $150.00
--------------------------------
Total Due:       $150.00
Total Tendered: $150.00
Change Amt:      $0.00

3:09-cv-00080-TMB

A fee of $45.00 will be charged for
any returned check.