Howard A. Lazar
Delaney Wiles, Inc.
1007 West Third Avenue
Suite 400
Anchorage, Alaska  99501
PHONE:  907-279-3581
FAX:  907-277-1331
*E-MAIL: hal@delaneywiles.com*

Attorneys for Defendant
Peninsula Community Health Services, Inc.


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    *Ex rel.* Law Project for Psychiatric<br>    Rights, an Alaskan non-profit<br>    corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>OSAMI H. MATSUTANI, MD,<br>WILLIAM HOGAN, individually, and as<br>Commissioner of the Department of Health<br>and Social Services, TAMMY SANDOVAL,<br>Individually and as Director of the<br>Alaska Office of Children's Services,<br>STEVE McCOMB, individually and as<br>Director of the Alaska Division of<br>Juvenile Justice, WILLIAM STREUR,<br>individually, and as Director of the<br>Alaska Division of Health Care Services,<br>JUNEAU YOUTH SERVICES, Inc., an<br>Alaskan non-profit corporation,<br>PROVIDENCE HEALTH & SERVICES,<br>an Alaskan non-profit corporation,<br>ELIZABETH BAISI, MD, RUTH DUKOFF, MD,<br>CHARTER NORTH STAR BEHAVIORAL HEALTH | **CIVIIL ACTION NO.<br>3:09-cv-0080 TMB**<br><br><br><br><br><br><br>**NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE
<u>*UNITED STATES OF AMERICA Ex rel. Law Project*</u>
<u>*for Psychiatric Rights v. Matsutani, MD, et al.*</u>
CASE NO. 3:09-cv-0080 TMB                                   PAGE 1 OF 3

```
SYSTEM, an Alaska Limited Liability      )
Company, KERRY OZER, MD, CLAUDIA         )
PHILLIPS, MD, SOUTHCENTRAL FOUNDATION,   )
an Alaska non-profit corporation, SHEILA )
CLARK, MD, HUGH STARKS, MD,              )
LINA JUDITH BAUTISTA, MD,                )
HEIDI F. LOPEZ-COONJOHN, MD,             )
ROBERT D. SCHULTS, MD,                   )
MARK H. STAUFFER, MD,                    )
ROBERT A. MARTINO, MD,                   )
IRVIN ROTHROCK, MD, JAN KIELE, MD,       )
ALTERNATIVES COMMUNITY MENTAL            )
HEALTH SERVICES, d/b/a DENALI            )
FAMILY SERVICES, ANCHORAGE COMMUNITY     )
MENTAL HEALTH SERVICES, an Alaska non-   )
profit Corporation, LUCY CURTIS, MD,     )
FAIRBANKS PSYCHIATRIC AND NEUROLOGIC     )
CLINIC, PC, PENINSULA COMMUNITY HEALTH   )
SERVICES OF ALASKA, INC., BARTLETT       )
REGIONAL HOSPITAL FOUNDATION, INC.,      )
THOMSON REUTERS (Healthcare) INC.,       )
WAL-MART STORES, INC., SAFEWAY, INC.,    )
FRED MEYER STORES, INC.,                 )
                                         )
     Defendants.                         )
_____)
```

The law firm of Delaney Wiles, Inc. hereby enters its appearance as counsel of record for **Defendant Peninsula Community Health Services of Alaska, Inc.**, and requests that all further service be made upon undersigned counsel.

DATED this 18th day of March, 2010 at Anchorage, Alaska.

                                        DELANEY WILES, INC.
                                        Attorneys for Defendant
                                        Peninsula Community Health
                                        Services of Alaska, Inc.
                                        /s/ Howard A. Lazar
                                        1007 West Third Avenue
                                        Suite 400
                                        Anchorage, Alaska  99501

PHONE: 907-279-3581  
FAX: 907-277-1331  
E-MAIL: hal@delaneywiles.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document was served electronically on the 18th day of March, 2010 on:

James B. Gottstein  
Law Project for  
   Psychiatric Rights, Inc.  
406 G Street, Suite 206  
Anchorage, AK 99501  
*jim.gottstein@psychrights.org*

/s/ Howard A. Lazar  
164298

NOTICE OF APPEARANCE  
*UNITED STATES OF AMERICA Ex rel. Law Project*  
*for Psychiatric Rights v. Matsutani, MD, et al.*  
CASE NO. 3:09-cv-0080 TMB                PAGE 3 OF 3