Richard D. Monkman
Alaska Bar No. 8011101
dick@sonoskyjuneau.com
Myra M. Munson
Alaska Bar No. 8011103
myra@sonoskyjuneau.com
Kay E. Maassen Gouwens
Alaska Bar No. 8106023
kay@sonosky.net
900 West 5th Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-258-6377
Facsimile: 907-272-8332

Counsel for Defendants:
City and Borough of Juneau
(Bartlett Regional Hospital)
Heidi F. Lopez-Coonjohn, MD,
Robert D. Schults, MD, and
Mark H. Stauffer, MD

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *Ex rel.* Law Project for Psychiatric Rights, an Alaskan non-profit corporation, <br><br> Plaintiff, <br><br> vs. <br><br> OSAMU H. MATSUTANI, MD, et al., <br><br> Defendants. | Case 3:09-cv-00080-TMB |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Kay E. Maassen Gouwens of the law firm of Sonosky, Chambers, Sachse, Miller & Munson, LLP enters her appearance as counsel in this matter for defendants Heidi F. Lopez-Coonjohn, MD, Robert Schults, MD, Mark H. Stauffer, MD and City

and Borough of Juneau, Alaska (Bartlett Regional Hospital), together with Ms. Munson and Mr. Monkman of the same firm.

DATED this 5th day of April, 2010, at Anchorage, Alaska.

SONOSKY, CHAMBERS, SACHSE,
 MILLER & MUNSON, LLP

By: */s/ Kay E. Maassen Gouwens*
 _____
Richard D. Monkman
Alaska Bar No. 8011101
dick@sonoskyjuneau.com
Myra M. Munson
Alaska Bar No. 8011103
myra@sonoskyjuneau.com
Kay E. Maassen Gouwens
Alaska Bar No. 8106023
kay@sonosky.net
900 West 5th Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-258-6377
Facsimile: 907-272-8332

Counsel for Defendants:
Heidi F. Lopez-Coonjohn, MD
Robert Schults, MD
Mark H. Stauffer, MD and
City and Borough of Juneau, Alaska
(Bartlett Regional Hospital)

Certificate of Service

I hereby certify that on the 5th day of April, 2010,
a true and correct copy of this *Entry of Appearance*
was served electronically on all parties of record.

James B. Gottstein, Esq.
jim.gottstein@psychrights.org

Robert C. Bundy, Esq.
bundy.robert@dorsey.com
Michael A. Grisham, Esq.
grisham.michael@dorsey.com

Allen F. Clendaniel, Esq.
clendaniel@alaskalaw.pro
Carolyn Heyman-Layne, Esq.
heyman-layne@alaskalaw.pro

Jeffrey M. Feldman, Esq.
feldman@frozenlaw.com

Kevin M. Cuddy, Esq.
cuddy@frozenlaw.com

Sanford M. Gibbs, Esq.
akwrangler@aol.com

Daniel W. Hickey, Esq.
ghlaw3@gci.net

Stacie L. Kraly, Esq.
stacie.kraly@alaska.gov
R. Scott Taylor, Esq.
scott.taylor@alaska.gov

David B. Robbins, Esq.
drobbins@bbllaw.com
Renee M. Howard, Esq.
rhoward@bbllaw.com

Brewster H. Jamieson, Esq.
jamiesonb@lanepowell.com
Matthew W. Claman, Esq.
clamanm@lanepowell.com

Howard A. Lazar, Esq.
hal@delaneywiles.com

Matthew K. Peterson, Esq.
mkp@cplawak.com
Linda J. Johnson, Esq.
ljj@cplawak.com

John J. Tiemessen, Esq.
jjt@cplawak.com
Lisa C. Hamby, Esq.
lch@cplawak.com

James E. Torgerson, Esq.
jetorgerson@stoel.com
Thomas J. Cahill, Esq.
tcahill@ssbb.com
James F. Rittinger, Esq.
jrittinger@ssbb.com

Howard S. Trickey, Esq.
htrickey@jdolaw.com
Cheryl Mandala, Esq.
cmandala@jdolaw.com

Evan Craig Zoldan, Esq.
evan.zoldan@usdoj.gov


*/s/ Kay E. Maassen Gouwens*
_____
Kay E. Maassen Gouwens