Jeffrey M. Feldman, ABA No. 7605029
Kevin M. Cuddy, ABA No. 0810062
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Tel.: 907.272.3538

Eric P. Berlin [Admitted *pro hac vice*]
IL Bar No. 6215758
JONES DAY
77 W. Wacker Drive
Chicago, Illinois 60601-1604
Tel.: 312.269.4117

*Counsel for Defendant
Wal-Mart Stores, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>  *Ex. rel.* Law Project for Psychiatric Rights,<br>  an Alaskan non-profit corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>OSAMU H. MATSUTANI, MD, et al.,<br><br>                    Defendants. | Case No. 3:09-cv-00080-TMB |

**MOTION TO DISMISS UNDER
RULE 12(B)(1) AND 12(H)(3) FOR LACK OF SUBJECT MATTER
JURISDICTION UNDER THE FALSE CLAIMS ACT'S
PUBLIC DISCLOSURE BAR, 31 U.S.C. § 3730(E)(4)(A)**

Defendants, by and through their respective counsel, hereby request that the court dismiss Plaintiff's Complaint pursuant to Federal Rules 12(b)(1) and 12(h)(3) for lack of subject matter jurisdiction under the False Claims Act's Public Disclosure Bar, 31 U.S.C. § 3730(E)(4)(A). This motion is supported by the Memorandum in Support of Motion to Dismiss Under Rule 12(b)(1) and 12(h)(3) and exhibits attached thereto.

Dated: April 5, 2010

/s/ JEFFREY M. FELDMAN
Jeffrey M. Feldman, ABA No. 7605029
Kevin M. Cuddy, ABA No. 0810062
**FELDMAN ORLANSKY & SANDERS**
500 L Street, Suite 400
Anchorage, Alaska 99501
Tel.: 907.272.3538
Fax: 907.274.0819
Email: feldman@frozenlaw.com
cuddy@frozenlaw.com

JONES DAY
Attorneys for Defendant Wal-Mart Stores, Inc.

By: /s/ Eric P. Berlin (consented)
Eric P. Berlin, *pro hac vice*
77 West Wacker, Suite 3500
Chicago, IL 60601
Telephone: (312) 269-4117
Fax: (312) 782-8585
Email: epberlin@jonesday.com

DORSEY & WHITNEY, LLP
Attorneys for Defendants Southcentral Foundation, Safeway, Inc. and Fred Meyer Stores, Inc.

By: */s/ Robert C. Bundy (consented)*
    Robert C. Bundy
    Alaska Bar No. 7206021
    1031 W. 4th Avenue, Suite 600
    Anchorage, AK 99501
    Telephone: (907) 257-7853
    Fax: (907) 276-4152
    Email: bundy.robert@dorsey.com

DANIEL S. SULLIVAN ATTORNEY GENERAL STATE OF ALASKA
Attorneys for Defendant William Hogan, William Streur, Tammy Sandoval and Stephen McComb

By: */s/ Stacie Kraly (consented)*
    Stacie Kraly
    Alaska Bar No. 9406040
    Assistant Attorney General
    P.O. Box 110300
    Juneau, AK 99811
    Telephone: (907) 465-4164
    Fax: (907) 465-2539
    Email: stacie.kraly@alaska.gov

    R. Scott Taylor
    Alaska Bar No. 8507110
    Senior Assistant Attorney General
    1031 W. Fourth Avenue, Ste. 200
    Anchorage, AK 99501
    Telephone: (907) 272-3538
    Fax: (907) 274-0819
    Email: scott.taylor@alaska.gov

LANE POWELL, LLC
Attorneys for Defendant Alternative
Community Mental Health d/b/a Denali Family
Services

By: */s/ Matthew W. Claman (consented)*
    Matthew W. Claman
    Alaska Bar No. 8809164
    301 W. Northern Lights Blvd., Suite 301
    Anchorage, AK 99503-2648
    Telephone: (907) 277-3311
    Fax: (907) 276-2631
    Email: clamanm@lanepowell.com

STOEL RIVES LLP
Attorneys for Defendant Thomson Reuters (Healthcare) Inc.

By: */s/ James E. Torgerson (consented)*
    James E. Torgerson
    Alaska Bar No. 8509120
    510 L Street, Suite 500
    Anchorage, AK 99501-1959
    Telephone: (907) 277-1900
    Fax: (907) 277-1920
    Email: jetorgerson@stoel.com

SATTERLEE STEPHENS BURKE & BURKE LLP
Attorneys for Defendant Thomason Reuters (Healthcare) Inc.

By: */s/ James F. Rittinger (consented)*
    James F. Rittinger, pro hac vice
    Thomas J. Cahill, pro hac vice
    230 Park Avenue, Suite 1130
    New York, NY 10169
    Telephone: (212) 818-9200
    Fax: (212) 818-9606
    Email: tcahill@ssbb.com
    Email: jrittinger@ssbb.com

SONOSKY, CHAMBERS, SACHSE, MILLER & MUNSON, LLP
Attorneys for Defendants Heidi F. Lopez-Coonjohn, MD, Robert D. Schults, MD, Mark H. Stauffer, MD, and City and Borough of Juneau, Alaska (Bartlett Regional Hospital)

By: */s/ Richard D. Monkman (consented)*
    Richard D. Monkman
    Alaska Bar No. 8011101
    Myra M. Munson
    Alaska Bar No. 0811103
    Kay Maassen Gouwens
    Alaska Bar No. 8106023
    302 Gold Street, Suite 201
    Juneau, Alaska 99801
    Telephone: (907) 586-5880
    Fax: (907) 586-5883
    Email: dick@sonoskyjuneau.com
    Email: myra@sonoskyjuneau.com
    Email: Kay@sonosky.net

SEDOR, WENDLANDT, EVANS &
FILIPPI, LLC
Attorneys for Defendants Kerry Ozer, MD and
Claudia Phillips, MD

By: */s/ Allen Clendaniel (consented)*
    Allen Frank Clendaniel
    Alaska Bar No. 0411084
    Carolyn Heyman-Layne
    Alaska Bar No. 0405016
    500 L Street, Suite 500
    Anchorage, AK 99501
    Telephone: (907) 677-3600
    Fax: (907) 677-3605
    Email: clendaniel@alaskalaw.pro
    Email: heyman-layne@alaskalaw.pro

DELANEY WILES, INC.
Attorneys for Defendant Peninsula Community
Health Services of Alaska, Inc.

By: */s/ Howard A. Lazar (consented)*
    Howard A. Lazar
    Alaska Bar No. 8604013
    1007 West Third Avenue, Suite 400
    Anchorage, AK 99501
    Telephone: (907) 279-3581
    Fax: (907) 277-1331
    Email: hal@delaneywiles.com

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendants Elizabeth Baisi, M.D.;
L. Judith Bautista, M.D.; Ruth Dukoff, M.D.;
and Jan Kiele, M.D.

By: */s/ Matthew K. Peterson (consented)*
    Matthew K Peterson
    Alaska Bar No. 8006038
    *Linda Johnson*
    Alaska Bar No. 8911070
    711 H Street, Suite 620
    Anchorage, AK 99501-3454
    Phone: (907) 272-9631
    Fax: (907) 272-9586
    Email: mkp@cplawak.com

BROWN, WALLER & GIBBS, PC
Attorneys for Defendants Sheila Clark, MD and
Lucy Curtiss, M.D

By: */s/ Sanford M. Gibbs (consented)*
    Sanford M. Gibbs
    Alaska Bar No. 6903013
    821 N Street, Suite 202
    Anchorage, Alaska 99501
    Telephone: (907) 276-2050
    Fax: (907) 276-2051
    Email: akwrangler@aol.com

**CERTIFICATE OF SERVICE**
I hereby certify that on the 5th day of April, 2010, a copy of the foregoing **Motion to Dismiss under Rules 12(b)(1) ad 12(h)(3) for Lack of Subject Matter Jurisdiction Under the False Claims Act's Public Disclosure Bar, 31 U.S.C. § 3730(e)(4)(a)** was served electronically on Allen Frank Clendaniel; Brewster H. Jamieson; Carolyn Heyman-Layne; Cheryl Mandala; Daniel W. Hickey; David B. Robbins; Evan Craig Zoldan; Gary M. Guarino; Howard S. Trickey; James B. Gottstein; James E. Torgerson; John J. Tiemessen; Matthew K. Peterson; Linda Johnson; Matthew W. Claiman; R. Scott Taylor; Renee M. Howard; Richard D. Monkman; Kay E. Maassen Gouwens; Robert C. Bundy; Sanford M. Gibbs; Stacie L. Kraly, Vance A. Sanders and Howard A. Lazar.
s/ Jeffrey M. Feldman