John J. Tiemessen (ABA #9111105)
Lisa C. Hamby (ABA #0111063)
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
411 Fourth Avenue, Suite 300
Fairbanks, Alaska 99701
(907) 479-7966
USDC-FBKS-Ntc@cplawak.corn
Attorneys for Ronald A. Martino, MD; Irvin Rothrock, MD,
Fairbanks Psychiatric and Neurological Clinic

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) *Ex. Rel.* Law Project for Psychiatric Rights, ) an Alaskan non-profit corporation, ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> OSAMU H. MATSUTANI, MD, et al., ) <br> Defendants. ) | 3:09-cv-00080-TMB |

**DEFENDANT'S RONALD A. MARTINO, IRVIN ROTHROCK, MD, AND FAIRBANKS PSYCHIATRIC AND NEUROLOGICAL CLINIC'S JOINDER IN MOTION TO DISMISS UNDER RULE 12(B)(1) AND 12(H)(3) FOR LACK OF SUBJECT MATTER JURISDICTION UNDER THE FALSE CLAIMS ACT'S PUBLIC DISCLOSURE BAR, 31 U.S.C. § 3730(E)(4)(A) AND MOTION TO DISMISS UNDER RULE 12(B)(6)**

Defendants Ronald A. Martino, Irvin Rothrock, MD, and Fairbanks Psychiatric and Neurological Clinic, through counsel of record, Clapp, Peterson, Van Flein, Tiemessen, Thorsness, LLC, hereby joins in Defendant Wal-Mart Stores, Inc.'s Motion To Dismiss Under Rule 12(B)(1) And 12(H)(3) For Lack Of Subject Matter Jurisdiction Under The False Claims Act's Public Disclosure Bar, 31 U.S.C. § 3730(E)(4)(A) And Motion To Dismiss Under Rule 12(B)(6).

Defendant's Ronald A. Martino, Irvin Rothrock, Md, And Fairbanks Psychiatric And Neurological Clinic's Joinder In Motion To Dismiss Under Rule 12(B)(1) And 12(H)(3) For Lack Of Subject Matter Jurisdiction Under The False Claims Act's Public Disclosure Bar, 31 U.S.C. § 3730(E)(4)(A) And Motion To Dismiss Under Rule 12(B)(6)
*United State of America vs. OSAMU, OSAMI H. MATSUTANI, MD., et al.*; Case3:09-cv-0080-TMB
Page 1 of 2

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
411 Fourth Avenue, Suite 300
Fairbanks, AK 99701-4710
Tel: (907) 479-7776
Fax: (907) 479-7966

DATED this 6th day of April, 2010.

<div style="margin-left:auto;">

CLAPP PETERSON VAN FLEIN
TIEMESSEN THORSNESS, LLC
Attorneys for Defendants:
Ronald A. Martino, MD, Irvin
Rothrock, MD, Fairbanks
Psychiatric and Neurological
Clinic


 /s/ John J. Tiemessen
John J. Tiemessen
Alaska Bar No. 9111105
jjt@cplawak.com
Lisa C. Hamby
Alaska Bar No. 0111063
lch@cplawak.com
411 Fourth Avenue, Suite 300
Fairbanks, Alaska 99701
Telephone:  907-479-7776
Facsimile:   907-479-7966

</div>

Certificate of Service

I hereby certify that on the 6th, day of April, 2010,
A true and correct copy of the foregoing document was
served electronically on all parties of record.

   /s/ John J. Tiemessen

Defendant's Ronald A. Martino, Irvin Rothrock, Md, And Fairbanks Psychiatric And Neurological Clinic's Joinder In Motion To Dismiss Under Rule 12(B)(1) And 12(H)(3) For Lack Of Subject Matter Jurisdiction Under The False Claims Act's Public Disclosure Bar, 31 U.S.C. § 3730(E)(4)(A) And Motion To Dismiss Under Rule 12(B)(6)
*United State of America vs. OSAMU, OSAMI H. MATSUTANI, MD., et al.*; Case3:09-cv-0080-TMB
Page 2 of 2

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
411 Fourth Avenue, Suite 300
Fairbanks, AK  99701-4710
Tel:  (907)  479-7776
Fax:  (907)  479-7966